KIM SAVO (Bar No. 223197)
Deputy Federal Public Defender
(E Mail:  Kim_Savo@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 17-404-AB |
| ARLAN WESLEY HARRELL | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually  ☑Filed    ☐Lodged:  (**List Documents**)

EX PARTE APPLICATION TO FILE UNDER SEAL ;
[PROPOSED] ORDERS [IN THE ALTERNATIVE];
DEFENDANT HARRELL'S POSITION RE SENTENCING; DECLARATION; EXHIBITS

**Reason:**

☑    Under Seal

☐    In Camera

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Per Court order dated: _____

☐    Other:

February 7, 2022                                    s/ Kim Savo, Deputy Federal Public Defender
Date                                                          Attorney Name
                                                                   Arlan Wesley Harrell
                                                                   Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                     NOTICE OF MANUAL FILING OR LODGING