TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER/CHRISTOPHER D. GRIGG
Assistant United States Attorneys
Chiefs, Criminal/National Security Divisions
KAREN I. MEYER (Cal Bar No. 220554)
DEVON MYERS (Cal. Bar No. 240031)
Assistant United States Attorney
VOCS/Cyber & IP Crimes Section
    1300/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8559/0649
    Facsimile: (213) 894-2927
    E-mail:    devon.myers@usdoj.gov
               kim.meyer@usdoj.gov

LAUREN S. KUPERSMITH
KYLE P. REYNOLDS
Trial Attorneys
U.S. Dept. of Justice, Criminal Division
Child Exploitation and Obscenity Section
    1301 New York Avenue, NW
    Washington, DC 20005
    Telephone: (202) 514-1564
    Facsimile: (202) 514-1793
    Email:     lauren.kupersmith@usdoj.gov
               kyle.reynolds@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-404(B)-AB-1 |
|---|---|
| Plaintiff, | ORDER GRANTING LEAVE TO FILE OVERSIZED SENTENCING POSITION PAPERS FOR DEFENDANT ARLAN HARRELL |
| v. | |
| ARLAN WESLEY HARRELL, et al., | |
| Defendants. | |

FOR GOOD CAUSE SHOWN:

The government is authorized to file its oversized Sentencing Position Papers for Defendant Arlan Harrell.

IT IS SO ORDERED.

February 07, 2022
DATE

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
DEVON MYERS
Assistant United States Attorney